NATIONAL ASSOCIATION FOR THE ADVANCE-
MENT OF COLORED PEOPLE *v.* GALLION,
ATTORNEY GENERAL OF ALABAMA, ET AL.

No. 303.   Decided October 23, 1961.

*Robert L. Carter, Fred D. Gray, Arthur D. Shores,
Orzell Billingsley, Jr.* and *Peter Hall* for petitioner.

*MacDonald Gallion,* Attorney General of Alabama, and
*Willard W. Livingston, Leslie Hall* and *Gordon Madison,*
Assistant Attorneys General, for respondents.

PER CURIAM.

The petition for a writ of certiorari is granted.   The
judgment below is vacated, and the case is remanded to
the Court of Appeals with instructions to direct the Dis-
trict Court to proceed with the trial of the issues in this
action unless within a reasonable time, no later than
January 2, 1962, the State of Alabama shall have accorded
to petitioner an opportunity to be heard on its motion to
dissolve the state restraining order of June 1, 1956, and
upon the merits of the action in which such order was
issued.   Pending the final determination of all proceed-
ings in the state action, the District Court is authorized
to retain jurisdiction over the federal action and to take

such steps as may appear necessary and appropriate to assure a prompt disposition of all issues involved in, or connected with, the state action. *Truax* v. *Corrigan,* 257 U. S. 312, 331–334.

MR. JUSTICE STEWART took no part in the consideration or decision of this case.